1  Kimberly E. Colwell (SBN: 127604)
   kcolwell@meyersnave.com
2  Tricia L. Hynes (SBN: 212550)
   thynes@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, CA  94607
   Telephone: (510) 808-2000
5  Facsimile: (510) 444-1108

6  Attorneys for Defendants
   CITY OF SAN LEANDRO and CHIEF DALE ATTARIAN
7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | JENNIFER ACUNA,                              | Case No:  CV 08 1020 JL
12 |             Plaintiff,                       |
13 | v.                                           | **NOTICE OF UNAVAILABILITY OF COUNSEL**
14 | CITY OF SAN LEANDRO; OFFICER
   | GREGORY ALLEN CANNEDY; individually,
15 | and in his official capacity; CHIEF DALE
   | ATTARIAN, in his official capacity; and DOES
16 | 1 through 50,                                | Complaint Filed:  February 19, 2008
17 |             Defendants.

---

Defendants' Notice of Unavailability of Counsel [CV 08 1020 JL]

1    TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2    NOTICE IS HEREBY GIVEN that Tricia L. Hynes, counsel for Defendants City of San Leandro and Chief Dale Attarian will be unavailable March 28, 2008 through April 7, 2008, for all purposes including but not limited to receiving notice of any kind, appearing in court, responding to ex parte applications, filing papers, responding to communications, or attending depositions. (See *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal. App. 4th 299, 304-305.)

Dated: March 26, 2008         Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____/s/_____
Tricia L. Hynes
Attorneys for Defendants
CITY OF SAN LEANDRO and CHIEF DALE ATTARIAN

1075961.1