# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Acuna, | 08-01020 JL ENE |
|         Plaintiff(s), | **Notice of Appointment of Evaluator** |
|   v. | |
| City of San Leandro, | |
|         Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Gail Killefer**
> Killefer Mediation
> 417 Montgomery Street, Suite 300
> San Francisco, CA 94104-1109
> 415-383-8494
> gkillefer@aol.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
08-01020 JL ENE				- 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: May 14, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Evaluator**
08-01020 JL ENE                                          - 2 -