1   Alison Berry Wilkinson, SBN 135890
    **BERRY | WILKINSON | LAW GROUP**
2   4040 Civic Center Drive, Suite 200
    San Rafael, CA 94903
3   Telephone/Facsimile: 415.259.6638
    Email: alison@berrywilkinson.com
4
    Attorneys for Defendant
5   Gregory Allen Cannedy

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  **JENNIFER ACUNA,**                    Case No. CV 08 1020 JL

12              **Plaintiff,**             Related Case:  CV 07-6142 JL

13              **v.**                      **CONSENT TO PROCEED BEFORE A
                                           UNITED STATES MAGISTRATE JUDGE**
14  **CITY OF SAN LEANDRO; OFFICER
    GREGORY ALLEN CANNEDY,**
15  **individually and in his official capacity;
    CHIEF DALE ATTARIAN, in his**
16  **official capacity; and DOES 1 through
    50,**
17
                **Defendants.**
18

19
        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
20
    hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
21
    proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the
22
    judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
23

24  Dated: May 27, 2008                     Respectfully Submitted,

25                                          **BERRY | WILKINSON | LAW GROUP**

26

27
                                           By: Alison Berry Wilkinson
28                                         Attorneys for Defendant Gregory Cannedy

1

2  IT IS SO ORDERED.

3

4  Dated:_____

5
                                          _____
6                                         Hon. Magistrate Judge James Larson
                                          UNITED STATES DISTRICT COURT
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Consent to Proceed Before a United States Magistrate Judge

1

## PROOF OF SERVICE

2

Case Name:   *Jennifer Acuna v. City of San Leandro, et. al.,*

3

United States District Court Northern District of California
Case No.: CV 08 1020 JL

4

     I, Maggie Bedig, am a citizen of the United States, and am over 18 years of age.  I am

5

employed in Contra Costa County and am not a party to the above-entitled action. My business

6

address is Rains Lucia Stern, 2300 Contra Costa Blvd., Suite 230, Pleasant Hill, California

7

94523.  On the date set forth below I served a true and correct copy(ies) of the following

8

document(s):

9

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

10

upon all parties addressed as follows:

11

12

Kimberly E. Colwell
Tricia L. Hynes

Eric Mitchell Safire
Law Offices of Eric M. Safire

13

Meyers Nave, et. al.,
555 12th Street, Suite 1500

2431 Fillmore Street
San Francisco, CA 94115

14

Oakland, CA 94607

eric@safirelaw.com

15

kcolwell@meyersnave.com
thynes@meyersnave.com

16

17

said service was effected as indicated below:

18

    ☐    FACSIMILE TRANSMISSION- I caused true and correct copies of the above-
referenced document(s) to be delivered by electronic facsimile transmission.

19

20

    ☐    MAIL – I placed true and correct copies of the above-referenced document(s) in
a sealed envelope, properly addressed to the above-named parties, with postage

21

prepaid in a receptacle regularly maintained by the United States Post Office.

22

    ☒    VIA ELECTRONIC MAIL:  I attached a true and correct copy thereof in PDF
format to an electronic mail message transmitted to the electronic mail address

23

indicated above.

24

25

    I declare under penalty of perjury under the laws of the State of California that the

26

foregoing is true and correct and was executed on May 27, 2008 at Pleasant Hill, California.

27

Maggie Bedig

28

---

**PROOF OF SERVICE**