1  Alison Berry Wilkinson, SBN 135890
   **BERRY | WILKINSON | LAW GROUP**
2  4040 Civic Center Drive, Suite 200
   San Rafael, CA 94903
3  Telephone/Facsimile: 415.259.6638
   Email: alison@berrywilkinson.com
4
   Attorneys for Defendant
5  Gregory Allen Cannedy

6

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  JENNIFER ACUNA, | Case No. CV 08 1020 JL |
| 12       Plaintiff, | Related Case: CV 07-6142 JL |
| 13  v. | **STIPULATION AND [PROPOSED] ORDER REGARDING INITIAL CASE MANAGEMENT CONFERENCE** |
| 14  CITY OF SAN LEANDRO; OFFICER GREGORY ALLEN CANNEDY, | |
| 15  individually and in his official capacity; CHIEF DALE ATTARIAN, in his | |
| 16  official capacity; and DOES 1 through 50, | |
| 17  | |
| 18       Defendants. | |

19       WHEREAS by Order of this Court on March 24, 2008 the above-referenced matter was
20  deemed related to the case of *Burke v. City of San Leandro, et al*, U.S.D.C. N.D. Case No. C 07-
21  06142 and was thereafter assigned to the Honorable Magistrate Judge James Larson for all
22  purposes;
23       WHEREAS on February 20, 2008 prior to this action being related to *Burke v. City of San*
24  *Leandro, et al*, U.S.D.C. N.D. Case No. C 07-06142 a Case Management Conference had been
25  set for May 28, 2008;
26
27
28

*ACUNA V. CITY OF SAN LEANDRO, ET AL.* **Case No. C 08-1020 JL**

Stipulation and Proposed Order Regarding Initial Case Management Conference

WHEREAS on March 12, 2008 at the Case Management Conference in *Burke v. City of San Leandro et al.* U.S.D.C. N.D. Case NO. C 07-06142 an order was issued that a further Case Management Conference would be set after this matter was deemed related;

WHEREAS Defendant GREGORY ALLEN CANNEDY did not participate in the Case Management Conference held on March 12, 2008 in *Burke v. City of San Leandro et al.* U.S.D.C. N.D. Case NO. C 07-06142 as he had not yet appeared in the action;

WHEREAS Defendant GREGORY ALLEN CANNEDY has only recently secured counsel to represent him in both actions and his counsel is unavailable to appear at a Case Management Conference on May 28, 2008 due to a conflicting appearance in San Luis Obispo County;

WHEREAS the parties agree that both actions would benefit by Case Management Conferences that are simultaneously scheduled and held and at which counsel for all parties can appear;

THE PARTIES HEREBY STIPULATE that the Case Management Conference currently scheduled in this action should be moved from Wednesday May 28, 2008, to Wednesday June 18, 2008, at 10:30 a.m. in Courtroom F, 15th Floor, San Francisco, California, and should be simultaneously set a further case management conference in the related case of *Burke v. City of San Leandro et al.* U.S.D.C. N.D. Case NO. C 07-06142.

THE PARTIES FURTHER STIPULATE that the last day to file the joint case management statement in both actions shall be Wednesday, June 11, 2008.

IT IS SO STIPULATED.

Dated: 5/26/08

LAW OFFICE OF ERIC M. SAFIRE

By: ERIC M. Safire
Attorney for Plaintiffs Jennifer Acuna
and Starlah Burke

1  Dated: May 27, 2008

MEYERS NAVE SIBACK SILVER & WILSON

*[signature]*

By: Tricia L. Hynes
Attorneys for Defendants City of
San Leandro and Chief Dale Attarian

Dated: 5/27/08

BERRY | WILKINSON | LAW GROUP

*[signature]*

By: Alison Berry Wilkinson
Attorneys for Defendant
Gregory Allen Cannedy

IT IS SO ORDERED.

Dated:_____

_____
Hon. Magistrate Judge James Larson
UNITED STATES DISTRICT COURT

-3-

# PROOF OF SERVICE

Case Name: *Jennifer Acuna v. City of San Leandro, et. al.,*
United States District Court Northern District of California
Case No.: CV 08 1020 JL

    I, Maggie Bedig, am a citizen of the United States, and am over 18 years of age. I am employed in Contra Costa County and am not a party to the above-entitled action. My business address is Rains Lucia Stern, 2300 Contra Costa Blvd., Suite 230, Pleasant Hill, California 94523. On the date set forth below I served a true and correct copy(ies) of the following document(s):

**STIPULATION AND [PROPOSED] ORDER REGARDING INITIAL CASE MANAGEMENT CONFERENCE**

upon all parties addressed as follows:

| | |
|---|---|
| Kimberly E. Colwell | Eric Mitchell Safire |
| Tricia L. Hynes | Law Offices of Eric M. Safire |
| Meyers Nave, et. al., | 2431 Fillmore Street |
| 555 12th Street, Suite 1500 | San Francisco, CA 94115 |
| Oakland, CA 94607 | eric@safirelaw.com |
| kcolwell@meyersnave.com | |
| thynes@meyersnave.com | |

said service was effected as indicated below:

☐     FACSIMILE TRANSMISSION- I caused true and correct copies of the above-referenced document(s) to be delivered by electronic facsimile transmission.

☐     MAIL – I placed true and correct copies of the above-referenced document(s) in a sealed envelope, properly addressed to the above-named parties, with postage prepaid in a receptacle regularly maintained by the United States Post Office.

☒     VIA ELECTRONIC MAIL: I attached a true and correct copy thereof in PDF format to an electronic mail message transmitted to the electronic mail address indicated above.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on May 27, 2008 at Pleasant Hill, California.

*/s/ Maggie Bedig*
Maggie Bedig