UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STARLAH BURKE
JENNIFER ACUNA
      Plaintiff(s),                            No. 07-06142 JL & related case
                                                  08-01020 JL

     v.                                  NOTICE OF CONTINUANCE
                                         OF CASE MANAGEMENT CONFERENCE
SAN LEANDRO CITY OF

      Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the case management conference scheduled for June 18, 2008@ 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued to August 6, 2008 @ 10:30 a.m..

Dated: June 11, 2008

*Wings Hom*
_____
Wings Hom Courtroom Deputy to
JAMES LARSON, CHIEF UNITED STATES
MAGISTRATE JUDGE