Alison Berry Wilkinson, SBN 135890
BERRY | WILKINSON | LAW GROUP
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903
Telephone/Facsimile: 415.259.6638
Email: alison@berrywilkinson.com

Attorneys for Defendant
Gregory Allen Cannedy

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ACUNA, | Case No. CV 08 1020 JL |
| Plaintiff, | Related Case: CV 07-6142 JL |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| CITY OF SAN LEANDRO; OFFICER GREGORY ALLEN CANNEDY, individually and in his official capacity; CHIEF DALE ATTARIAN, in his official capacity; and DOES 1 through 50, | |
| Defendants. | |

WHEREAS on October 29, 2008 at the Case Management Conference an order was issued setting a further Case Management Conference for January 28, 2009;

WHEREAS on November 12, 2008, an order issued setting the Early Neutral Evaluation hearing for February 4, 2009;

WHEREAS the parties agree that setting the next Case Management Conference for after the first Early Neutral Evaluation session would best serve the interests of judicial economy and efficiency;

THE PARTIES HEREBY STIPULATE that the Case Management Conference currently scheduled in this action should be moved from Wednesday January 28, 2009, to Wednesday

---

*ACUNA V. CITY OF SAN LEANDRO, ET AL.* Case No. C 08-1020 JL

**Stipulation and Proposed Order Regarding Case Management Conference**

March 11, 2008, at 10:30 a.m. in Courtroom F, 15th Floor, San Francisco, California, and should set this matter simultaneously with the further case management conference in the related case of *Acuna v. City of San Leandro et al.* U.S.D.C. N.D. Case No C07-6142 JL.

THE PARTIES FURTHER STIPULATE that the last day to file the joint case management statement in both actions shall be Wednesday, February 25, 2009.

IT IS SO STIPULATED.

Dated:_____

LAW OFFICE OF ERIC M. SAFIRE

_____
By: ERIC M. Safire
Attorney for Plaintiffs Jennifer Acuna
and Starlah Burke

Dated:_____

MEYERS NAVE SIBACK SILVER & WILSON

_____
By: Tricia L. Hynes
Attorneys for Defendants City of
San Leandro and Chief Dale Attarian

Dated:_____

BERRY | WILKINSON | LAW GROUP

_____
By: Alison Berry Wilkinson
Attorneys for Defendant
Gregory Allen Cannedy

IT IS SO ORDERED.

Dated:_____

_____
Hon. Magistrate Judge James Larson
UNITED STATES DISTRICT COURT

-2-

March 11, 2008, at 10:30 a.m. in Courtroom F, 15th Floor, San Francisco, California, and should set this matter simultaneously with the further case management conference in the related case of *Burke v. City of San Leandro et al.* U.S.D.C. N.D. Case NO. C 07-06142.

THE PARTIES FURTHER STIPULATE that the last day to file the joint case management statement in both actions shall be Wednesday, February 25, 2009.

IT IS SO STIPULATED.

Dated: _____    LAW OFFICE OF ERIC M. SAFIRE

By: ERIC M. Safire
Attorney for Plaintiffs Jennifer Acuna
and Starlah Burke

Dated: Dec. 20, 2008    MEYERS NAVE SIBACK SILVER & WILSON

By: Tricia L. Hynes
Attorneys for Defendants City of
San Leandro and Chief Dale Attarian

Dated: January 5, 2009    BERRY | WILKINSON | LAW GROUP

By: Alison Berry Wilkinson
Attorneys for Defendant
Gregory Allen Cannedy

IT IS SO ORDERED.

Dated: January 13, 2009

Hon. Magistrate Judge James Larson
UNITED STATES DISTRICT COURT

-2-

*ACUNA V. CITY OF SAN LEANDRO, ET AL* Case No. CV 08-01020 JL
Stipulation and Proposed Order Regarding Initial Case Management Conference