```
 1  Kimberly E. Colwell (SBN: 127604)
    kcolwell@meyersnave.com
 2  Tricia L. Hynes (SBN: 212550)
    thynes@meyersnave.com
 3  MEYERS, NAVE, RIBACK, SILVER & WILSON
    555 12th Street, Suite 1500
 4  Oakland, CA  94607
    Telephone: (510) 808-2000
 5  Facsimile: (510) 444-1108

 6  Attorneys for Defendant
    PAUL ACCORNERO
 7
                    UNITED STATES DISTRICT COURT
 8
                   NORTHERN DISTRICT OF CALIFORNIA
 9

10

11  STARLAH BURKE,                    Case No: CV 08 1020 JL

12             Plaintiff,             [Proposed] ORDER GRANTING
                                      REQUEST TO BE EXCUSED FROM ENE
13     v.                             APPEARANCE

14  CITY OF SAN LEANDRO; OFFICER
    GREGORY ALLEN CANNEDY; individually,
15  and in his official capacity; CHIEF DALE
    ATTARIAN, in his official capacity; and DOES
16  1 through 50,

17             Defendants.            Complaint Filed: February 19, 2008

18
```

[Proposed] Order re: San Leandro Chief Willis's appearance at ENE        [08-1020 JL]

The Court, having read and considered Defendant Chief Willis's request to be excused from appearing at the Early Neutral Evaluation (ENE) set in this matter to occur before appointed Neutral Gail Killefer, there having been no opposition from any party, and for good cause appearing, Chief Willis need not appear at the ENE. ~~While a part of the department during the relevant time period, Chief Willis was not the Chief, nor was he involved in the investigatory inquiry relevant to this case, and thus, could not add anything of substance to the ENE. Chief Willis has only recently taken over as Interim Chief, and requiring his appearance at the ENE would only constitute a hardship on both him and the Department. The amount in controversy exceeds that which any single City department head would be able to offer, short of approval by the City Council, nor does the Chief have final settlement authority. This authority rests with the City Council, and thus, the Chief's presence will have no effect on whether this case might settle during the ENE.~~

IT IS SO ORDERED.

Dated: 1/23/09

_____
Wayne D. Brazil
District Court Magistrate Judge

1190540.1

---

1

[Proposed] Order re: San Leandro Chief Willis's appearance at ENE                              [07-4894]