| | |
|---|---|
| 1 | Alison Berry Wilkinson, SBN 135890 |
| | **BERRY | WILKINSON | LAW GROUP** |
| 2 | 4040 Civic Center Drive, Suite 200 |
| | San Rafael, CA 94903 |
| 3 | Telephone/Facsimile: 415.259.6638 |
| | Email: alison@berrywilkinson.com |
| 4 | |
| | Attorneys for Defendant |
| 5 | Gregory Allen Cannedy |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER ACUNA, | Case No. CV 08 1020 JL |
| Plaintiff, | Related Case: CV 07-6142 JL |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| CITY OF SAN LEANDRO; OFFICER GREGORY ALLEN CANNEDY, individually and in his official capacity; CHIEF DALE ATTARIAN, in his official capacity; and DOES 1 through 50, | |
| Defendants. | |

WHEREAS a further Case Management Conference is set for June 11, 2009;

WHEREAS on April 28, 2009 an initial Early Neutral Evaluation session occurred between the parties;

WHEREAS the parties agreed to segue the alternative dispute resolution process from Early Neutral Evaluation into in a combination Early Neutral Evaluation/Mediation session;

WHEREAS the mediation component of the Early Neutral Evaluation session is scheduled for June 25, 2009;

---

*ACUNA V. CITY OF SAN LEANDRO, ET AL.* **Case No. C 08-1020 JL**

**Stipulation and Proposed Order Regarding Further Case Management Conference**

-2-

WHEREAS the parties agree that setting the next Case Management Conference for after the mediation component of the Early Neutral Evaluation session is completed would best serve the interests of judicial economy and efficiency;

THE PARTIES HEREBY STIPULATE that the Case Management Conference currently scheduled in this action should be moved from Wednesday June 11, 2009, to Wednesday July 29, 2008, at 10:30 a.m. in Courtroom F, 15th Floor, San Francisco, California, and that this matter should be set this matter simultaneously with the further case management conference in the related case of *Burke v. City of San Leandro et al.* U.S.D.C. N.D. Case NO. C 07-06142.

THE PARTIES FURTHER STIPULATE that the last day to file the joint case management statement in both actions shall be Wednesday, July 22, 2009.

IT IS SO STIPULATED.

Dated: June 3, 2009       LAW OFFICE OF ERIC M. SAFIRE

_____/s/_____
By: ERIC M. Safire
Attorney for Plaintiffs Jennifer Acuna
and Starlah Burke

Dated: June 3, 2009       MEYERS NAVE SIBACK SILVER & WILSON

_____/s/_____
By: Tricia L. Hynes
Attorneys for Defendants City of
San Leandro and Chief Dale Attarian

Dated: June 3, 2009       BERRY | WILKINSON | LAW GROUP

_____/s/_____
By: Alison Berry Wilkinson
Attorneys for Defendant
Gregory Allen Cannedy

-2-

*ACUNA V. CITY OF SAN LEANDRO, ET AL*   Case No. CV 08-01020 JL
**Stipulation and Proposed Order Regarding FurtherCase Management Conference**

1  IT IS SO ORDERED.

3  Dated: June 5, 2009

                                                 */s/ James Larson*
Hon. Magistrate Judge James Larson
UNITED STATES DISTRICT COURT

-3-