UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JENNIFER ACUNA
        Plaintiff(s),                      No. 08-01020 JL

    v.                                      ORDER OF DISMISSAL

CITY OF SAN LEANDRO
        Defendant(s).
_____/

       The parties hereto, by their counsel, having advised the court that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action be dismissed with prejudice; provided, however that if any party hereto shall certify to this court, within ninety days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

Dated: July 23, 2009

                                                           _____
                                                           JAMES LARSON
                                                           United States Magistrate Judge